**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ALFRED CLARENCE CHADWICK, ) | NO. ED CV 14-305-SJO (AS) |
| Petitioner, ) | |
| v.  ) | **JUDGMENT** |
| S. FRAUENHEIM, Warden, ) | |
| Respondent. ) | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

DATED: July 24, 2014.

_____
S. JAMES OTERO
UNITED STATES DISTRICT JUDGE